UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

Tiara Holy, PLAINTIFF

v.

John Cronin, DEFENDANT

_____Who in the world are the parties?_____

Tiara Holy
→ social security: 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
→ former name: Norma B. Barroso
→ spouse: Malcolm D. Noriega
→ children: Dominique Lucia Noriega (04.18.1995 D.O.B)
            Christiane Gabriela Noriega (07.23.1997 D.O.B)
→ Real Estate

Market value above US $500K → 1. by title, ESSEX Registry of DEEDS
Pine Bluff
93 Pine Street
Manchester-by-the-Sea
Massachusetts, 01944
(978) 526-9646

Market value above US $750K → 2. Attorney Whittmore, EAST Arlington, on Mass. Ave; Diane Pontoni, at Leader Mortgage, Arlington convinced Plaintiff on the advantages of preparing a one-owner title for my Real Estate at:
46-48 Varnum Street
Arlington, Massachusetts 02138
under the natural understanding the title was a family title.

1

UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

Holy v. Cronin

Tiara Holy cont'd

→ Genealogy: English Royalty
Please see addendum.

→ Uniqueness: Angel of the LORD
pursuant U.S. Civil Action No. 04-10631-GAO
U.S. Honorable Justice George O'Tool
John Joseph Moakley U.S. Courthouse
Boston, Massachusetts 02210, suite 2300
Dated: on about 05.04.2004

→ Genome: Supernatural female
VALOR US $ 5 Million   Resurrected once, see U.S.C.A. 04-10631-GAO
Went invisible twice:
1. before David EDWARD, SHELL Refinery, Dock Sud, Buenos Aires, Argentina
2. before Manchester Police Kinky (likely misspelled)
Mammogram shows one white macula on right side breast.
Filed by Dr. Sylvia FINE, HARVARD VANGUARD Somerville, Massachusetts
I.Q. of genious
No insomnia
No mental disease up to this date.

→ Citizenship: Took the oath of allegiance on 08.14.98 at LOWELL, Massachusetts

2

UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

Holy v. Cronin

Tiara Holy cont' → Education:

D.D. Molecular Biology and Genetics, Magna cum laude with God's Glory, 5.4.2003, Magnolia, Massachusetts

D.D., Th.D. Chemical Engineering, Magna cum laude with God's Glory, 5.4.2003, Iron Gates, Magnolia, MA

D.D. Urbanism, Magna cum laude with God's Glory, 5.4.2003, Iron Gates, Magnolia, Massachusetts, 01930

D.D. Law and Administration, Magna cum laude with God's Glory, 5.4.2003, Iron Gates, Magnolia, Massachusetts, 01930

→ Languages:   Spanish
Chemical Engineering, University of Buenos Aires 1987, six-year program

Postgraduate Ch. Eng, Polymers Industries, Chemical Engineering Department, U.B.A, 1989

English
40 Graduate credits, ALM Biology, Harvard University, Cambridge, Massachusetts

austral-lex, Principal
http://people.stor.net/norbar/austral-lex.htm
bilingual projects (TM)

3

UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

Holy v. Cronin

Tiara Holy cont' → Languages: French
  Université de Caen, Calvados, France
  Université Catholique de Lyon, Rhone, FR
  Advanced level spoken and written

  Portuguese
  with a Carioca accent, from Rio de Janeiro

→ Art :    Ballet

  Prose and Poetry
  austral-lex, Principal
  http://people.star.net/norber/austral-lex.htm

  Mohair Knittings

  Fine Landscaping

→ Parental family: always in Buenos Aires, Argentina. In good health.

→ Fertility : Regular ovulation
  Nursing breast.
  Both breasts are presently producing milk.

4

UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

John Cronin                                              Holy v. Cronin

→   Probate and Family Court
    Essex Division
    Commonwealth of Massachusetts
    Justice

I, Tiara Holy, angel of the Lord, bestowed by the Lord God Almighty himself with supernatural power and legal authority on His holy name and on the holy name of His beloved Son our Lord Jesus Christ, hereby declare divorce judgment undersigned by Judge Cronin of no legal effect.

Judge Cronin has proceeded in a fraudulent manner when managing family docket # 03D-1888-DV1.

Most important on this date comes to be God's will acceptance. God Almighty opposes divorce and demands Malcolm D. Noriega to respect Tiara Holy, his wife, in all her power. Husband's counterclaim has been invalidated by God our Lord of Heavens himself.

Divorce was left without valor by Plaintiff's submittance of a Motion for Reconciliation. Have in mind that Plaintiff initiated divorce for infidelity and multiple homicides by Malcolm Noriega.

UNITED STATES DISTRICT COURT

for the DISTRICT of MASSACHUSETTS

Holy v. Cronin

Once the marital party with stronger reasons to break the family seeks reconciliation and reunion of the nuclear family, divorce ceases to be a choice.

Judge Cronin split the family disregarding legal basics.

It would be just to prosecute John Cronin for murder with malice and perversity. However, my daughters whom I have not been able to contact since longtime definitely come first.

I then petition the United States District Court the following:

1. Make void divorce deeds.
2. Grant Plaintiff Police immunity, keeping God's instruction.

Dated: October 5th, 2004

Tiara Holy

Tuesday, October 5th, 2004

Tiara Holy authorizes the UNITED STATES DISTRICT COURT for the District of Massachusetts the payment of due fees using the following information:

CHASE FREEDOM PLATINUM
VISA
4636 7360 2000 3755
VALID DATES: 01-03 thru 01-06 V
NORMA B BARROSO
Customer Service: 1-800-993-8111

Tiara Holy

MINISTERIO DE GOBIERNO
REGISTRO PROVINCIAL DE LAS PERSONAS

N° 4645071



# CERTIFICADO DE NACIMIENTO

CERTIFICO: Que al folio 39 bajo el número 474 del libro de nacimientos, del año 1961 de la Oficina de San Isidro - Sección 39 se encuentra labrada el acta de NACIMIENTO de Norma Beatriz ocurrido el día 19 del mes de Setiembre del año 1961 a la hora 16 y 45.

Lugar de nacimiento Boulogne

Sexo femenino

Hija de Victor Osvaldo Barroso y de Berta Alicia Soto

Doy fe que así resulta del acta expresada y sus notas marginales. A pedido de parte interesada, yo, Julio M. Castro expido el presente que sello y firmo en mi carácter de Jefe de Archivo - La Plata 31/1/1963

Allain JAMET  ~1788      † > 7.11.1830   > 42 yo
Louise LE BRIS           † Guiscriff 6.18.1819


(Marie) Louise JAMET  ~1810                    Guiscriff
Maurice SIMON         Scaër ~1800             7.11.1830


Louis SIMON       Guiscriff  4.23.1837
Marie BRISSEUX              ~1845


Pierre Louis SIMON   Guiscriff  9.13.1870  † 1951  80 yo   10.10.1891
Françoise KERGARAVAT                       † 11.4.1913

Catalina SIMON


Guiscriff

[ gwiskriff in phonetics ]

I spent all my summer holidays from 1953 to 1969 in KERYVARCH, a small village where my grandmother's sister Louise and Anna, two nieces of Michel KERGARAVAT.

                                                 cousin GUY BEC

1

François SIMON † GUISCRIFF 12.20.1820

Marie-Anne ANILEC † GUISCRIFF 11.15.1826


Maurice SIMON ~1800 SCAËR (Finistère) GUISCRIFF 7.11.1830

Marie Louise JAMET ~1810


Louis SIMON GUISCRIFF 4.23.1837

Marie BRISSEUX ~1845


Pierre Louis SIMON GUISCRIFF 9.13.1870 † 1951 80yo 10.10.1891

Françoise KERGARAVAT † 11.04.1913


GUISCRIFF, MORBIHAN

acte de naissance n° 97

"du quatorzième jour du mois de septembre 1870"

Pierre Louis SIMON né à KERGONAN commune de GUISCRIFF le 13 septembre à cinq heure du soir fils légitime de Louis SIMON âgé de trente-trois ans profession de cultivateur et de Marie LE BRIS [prononcé le brisse ou brissou] âgée de vingt-cinq ans, cultivatrice demeurant à KERGONAN

déclaration faite par Louis SIMON sus nommé

1er témoin : PIERRE JAMET 21 ans, cultivateur KERGONAN

2ème témoin : Louis LE PENSEC 68 ans cabaretier tavern owner au bourg de GUISCRIFF

2

Louis LE QUÉRÉ                                                                      Guiscriff 2.23.1767

Marie LE CLECH

Marie-Jeanne LE QUÉRÉ   Guiscriff 11.17 or 19.1760        ~11.13.1785
                        † Guiscriff 9.16.1839  71 y/o

Yves BENGLOAN           10.31.1770 or 1785   † Guiscriff ~1803  ~32 y/o


Urlo BENGLOAN                                                                       Guiscriff

Louise TOUL GOAT                                                                    2.22.1751


Barnabé RICHARD

Louise LE STER


Marie RICHARD      Saint-Hernin 2.13.1724   † 2.12.1781  > 57 y/o

Guillaume RÉMOND   Saint-Hernin < 1734   † > 5.10.1782  > 48 y/o


Jean-Pierre RÉMOND   Saint-Hernin 12.5.1761   † Saint-Hernin 6.13.1804
                                                                  42 y/o
Louise CLOAREC       Motreff ~1760   † Saint-Hernin 3.12.1800
                                                                  ~40 y/o

LE SAINT

fille légitime de Jean PENGLOAN et Jeanne CANGUY, née à TOURBOUCHIC en LE SAINT le 15 Mars 1854, a été le même jour solemenement baptisée par le soussigné, parrain et marraine ont été VINCENT CANGUY soussigné et Anne PENGLOAN soussigné, le père présent ne signe

CANGUY    BENGLOAN

LE SAINT    Baptême
Anne TANGUY

Anne TANGUY fille légitime de Jean CANGUY et d'Anne GERBET, née à TOURBOUCHIC en Mars le vingt huit a été aujourd'hui solemenement baptisée par le soussigné : parrain et marraine ont été Nicolas Le GUISEDEN et Marie Anne PERON qui ...

LE SAINT

Mariage de Jean PENGLOAN et de Anne CANGUY

le neuf janvier mil huit cent cinquante un, je soussigné ai (?), légalement et eclesiastiquement Marié, dans cette église paroissiale, Jean PENGLOAN agé de vingt trois ans, né et domicilié à Guiscriff, fils mineur de Jean présent et consentant et d'Anne LE PUSTOCH ; et Anne CANGUY, agé de dix huit ans, née et domiciliée au SAINT, fille mineure de Jean CANGUY et d'Anne GERBET présente et consentante ont assisté au mariage, Jacques LE ROUX, VINCENT LE TOURNIER, VINCENT CANGUY, Jean LE GOFF et d'autres qui avec les contractants ne signent. J'ai ensuite célébré la sainte messe et donné aux époux la bénédiction nuptiale selon le rit de l'église.

4

Yves TANGUY † = 12.09.1833

Claire JAOUEN † = 12.09.1833

Anne TANGUY    Le Saint 3.28.1832         Le Saint 8.18.1850

Jean Noël LE PENGLOAN    Guiscriff 12.24.1826

Pierre ANILEC

Marie HURGANT

un bourg non loin de SCAËR et de Guiscriff †66 ans 11.15.1826

Marie-Anne ANILEC née à LEUHAN (Finistere 29) vers 1760 † KERLAZE

François SIMON    KERLAZE en GUISCRIFF

JEAN REMOND

Perine LE GUERN

Guillaume REMOND    Saint-Hernin -1734    † > 5.10.1782 > 48 y/o

Marie RICHARD    Saint-Hernin 2.13.1724    † 2.12.1781 > 57 y/o

5

Henri LE PUSTOCH
Louise PÉRON

François LE PUSTOCH Bannalec > 1718

Jean JONIS                             † ~ 11.22.1688
Marie MOYSAN                           † > 11.22.1688

Jan JOANNY           1661              † 2.18.1717 - 1731   > 56 yo

| LIEUX | BOURGS et villages |
|---|---|
| LANGONNET | Kerbescontez |
| LE SAINT | Fourbouchic |
|  | La Métairre du Bois |
| GUISCRIFF | Kerjullien |
|  | LOCMARIA   LOMARIA |
| BANNALEC | Lanzonec Vras |
| QUERRIEN | CASTEL LOVARN |
| LE TRÉVOUX |  |

6

SIMON

Jacquette JACOB     † Saint-Hernin 1705

Marie SIMON ~ 1680     † > 1.6.1735     > 55 yo

Jon KERGARAVAT → Michel KERGARAVAT   Saint-Hernin ~ 1670   † < 1.31.1731   ~ 61 yo

François KERGARAVAT   Saint-Hernin ~ 1717   † Saint-Hernin 1.5.1773 ~ 56 yo
Marie LOHÉAC   Plevin ~ 1729   † Saint-Hernin 12.7.1765 ~ 36 yo

Michel KERGARAVAT   Saint-Hernin 5.23.1755   † Saint-Hernin 4.18.1833  77 yo
Marie-Théophile LE BIHAN   Saint-Hernin 9.16.1757   † Saint-Hernin 4.1.1809  51 yo

Guillaume KERGARAVAT   Saint-Hernin 8.21.1783   † Saint-Hernin 4.13.1820  36 yo
Lominante REMOND   Saint-Hernin 8.26.1793   † Saint-Hernin 11.29.1849 56 yo

Michel KERGARAVAT   Saint-Hernin 3.4.1815   † Gourin 8.3.1877  62 yo     SAINT HERNIN 1.19.1845
Maries Françoise LE BRETON   Saint-Hernin 11.23.1829   † Gourin 12.19.1891   62 yo

Michel Louis KERGARAVAT   Saint-Hernin 5.8.1850   † 1913  63 yo     Le SAINT 2.6.1873
Anne PENGLOAN   Le Saint 3.15.1854   † 1894   39 yo

Françoise KERGARAVAT     † 11.4.1913     10.10.1891
Pierre Louis SIMON   Guiscriff 9.12.1876   † 1951   80 yo

Catalina SIMON   Rosario Tala 11.4.1913

7

Guillaume GUYON           † > 4.23.1715

Jeanne LE NÉAL            † 4.23.1715 Cleden-Poher


Jeanne GUYON              † 2.18.1717 - 1731

Jan JOANNY                † 2.18.1717 - 1731    > 56 yo


Guillaume LE POTENNEC     † > 5.7.1719

Marie HENET               † > 5.7.1719


Anne LE POTENNEC   Cleden-Poher < 1693    † > 3.3.1737    > 44 yo

Michel FORLOROU    Cleden-Poher < 1693    † > 3.3.1737    > 44 yo


Magdeleine FORLOROU  Cleden-Poher 3.24.1719   † Cleden-Poher 10.30.1750  31 yo

Yves LE BRETON       Cleden-Poher 12.21.1717   † Cleden-Poher 5.9.1767  49 yo


Claude LE BRETON      Cleden-Poher 5.27.1745   † Cleden-Poher 2.18.1800  54 yo

Marie Thérèse BALER   Cleden-Poher 10.22.1734  † > 7.13.1819  > 84 yo


Nicolas LE BRETON       Cleden-Poher 1.15.1783    † Saint-Hernin 4.23.1839  56 yo

Marie-Louise PASQUET    Saint-Hernin 2.5.1798     † Saint-Hernin 7.10.1841  44 yo


                              † Gourin 12.19.1891 62 yo         Saint Hernin
Marie Françoise LE BRETON  Saint-Hernin 11.23.1829              1.19.1845

Michel KERGARAVAT          Saint-Hernin 3.4.1815       † Gourin 8.3.1877  62 yo


Michel KERGARAVAT    Saint-Hernin 1850    † 1913   63 yo

Anne PENGLOAN        Le Saint  3.15.1854   † 1894   39 yo

8

Louis HELLOU       12.18.1721
ø

Bertrand        Marie HELLOU        Le Trévoux
LE BOURHIS
† Lanxanec vras   Mathieu LE BOURHIS   Bannalec, Lanzanec vras  1.28.1693
10.10.1720                              † 2.18.1721

Guillaume
Mathieu         Renée LE BOURHIS    Bannalec  > 2.18.1721        Bannalec 2.20.1743
Alain
Alain GOAVEC    François LE PUSTOCH  Bannalec > 2.20.1743
Guillaume LE BEUX                    KERBUSTOCH EDERN (29)


                Sébastien LE PUSTOCH   KERBUSTOCH EDERN (29)        Bannalec
                                        Bannalec  † 1765             2.13.1765
                Barbe TROUBOUL
                                    Castel LOUARN  QUERRIEN  1.20 or 24.1740


            François LE BOURHIS

            Barbe TROUBOUL       † < 2.13.1792     < 52 yo


                                                                        Guiscriff
            Bertrand LE PUSTOPHE   Bannalec ~ 1772                      2.12.1792
            Renée LE GOFF         < 1767        † Guiscriff 12.21.1807 > 40yo


                                    3.11                                Guiscriff
            Anne LE PUSTOPHE   Guiscriff 1799   † Guiscriff 5.9.1863 ⌋  1.24.1825
                                                                  63yo
            Jean Yves BENGLOAN   6.23.1795   † Guiscriff 7.13.1851 ⌋
                                                                 55yo


            Jean Noël LE PENGLOAN     Guiscriff 12.24.1826
              Anne TANGUY              Le Saint  3.28.1832


            Anne PENGLOAN         Le Saint  3.15.1854    † 1894   39 yo
            Michel KERGARAVAT    Saint-Hernin 1850       † 1913   63 yo


9

# MORTGAGE

**MALCOLM D. NORIEGA** of 93 Pine Street, Manchester, Essex County, Massachusetts, pursuant to the terms of a Judgment of Divorce dated July 20, 2004, of the Essex County Probate and Family Court, under docket number 03D-1888-DV1, grants to **NORMA B. BARROSSO** with mortgage covenants, to secure the payment of One Hundred Sixty Thousand and 00/100 ($160,000.00) Dollars on or before July 23, 2015, with no interest as provided in a note of even date, a parcel of land with buildings thereon, situated in Manchester, Essex County, Massachusetts, known as 93 Pine Street, formerly know as 95 Pine Street, hereinafter described:

A certain parcel of land, with the buildings thereon, situated on the Easterly side of Pine Street, Manchester, Essex County, Massachusetts, numbered 95, and being shown as Lot 1A on a plan entitled "Plan of Land in Manchester prepared for Filias Realty Trust: dated October 24, 1978, recorded with Essex South District Registry of Deeds in Book 6548, Page 80, and being bounded and described, according to said plan, as follows:

| | |
|---|---|
| WESTERLY | by said Pine Street, 68.84 feet; |
| NORTHERLY | by Lot 2A, 369.05 feet; |
| EASTERLY | by a stone wall and land now or formerly of Manchester Conservation Trust, on two courses, 55.13 feet and 18.10 feet, respectively; and |
| SOUTHERLY | by Lot 2, 388.78 feet. |

Containing, according to said plan, 25,135 square feet, more or less.

Said premises are conveyed subject to and with the benefit of all rights, restrictions, conditions and agreements of record insofar as the same are in force and applicable as set out in deed of Nick Filias, et al, Trustees of Filias Realty Trust to Judith G. Vanderbilt, dated March 8, 1979, and recorded with said Registry of Deeds at Book 6571, Page 177, and any other agreements, restrictions and easements of record insofar as the same are now in force and applicable.

Being the same premises conveyed to the Grantors herein by deed of Henry M. Zbyszynski and Lianne Zybszynski, dated 28th of June, 2002, and recorded with said Registry of Deeds at Book 18893, Page 520.

WITNESS my hand and seal this 18th day of August, 2004.

_____
Malcolm D. Noriega

# Commonwealth of Massachusetts

**Essex, ss.**

On this 18th day of August, 2004, personally appeared before me, MALCOLM D. NORIEGA, who proved to me through satisfactory evidence of identification, to wit, personal knowledge of his identity, to be the signer of the foregoing document, and acknowledged to me that he signed same voluntarily for its stated purpose.

*Donna M. Saunders*
Donna M. Saunders/Notary Public

My Commission expires: August 21, 2009

## PROMISSORY NOTE

AMOUNT: $160,000                                         DATE: August 18, 2004

DUE: July 16, 2007

MALCOLM D. NORIEGA, of 93 Pine Street, Manchester, Essex County, Massachusetts, pursuant to a Judgment of Divorce dated July 20, 2004, hereby promises to pay to NORMA B. BARROSO, the sum of One Hundred Sixty Thousand ($160,000.00) Dollars, subject to a non-interest bearing promissory note.

This note is due and payable upon the following conditions: any sale of the property by Malcolm Noriega, or the youngest child of the parties reaching the age of 18 or graduating from high school, whichever first occurs.

The undersigned agrees to pay, in addition to amounts otherwise due, all costs of collection, including reasonable attorneys' fees to the extent permitted by law in the event this Note is referred to an attorney for collection.

Every maker, endorser, or guarantor of this Note hereby waives presentment, demand, notice and protest and consents to any and all extensions or other indulgences by the payee and agree that all such extensions or other indulgence shall not discharge or release any other party primarily or secondarily liable hereunder, nor affect the liability of such maker, endorser, or guarantor.

WITNESSED:

_____                    _____
                                              MALCOLM D. NORIEGA

*This promissory note is secured by a mortgage on the property at 93 Pine Street, Manchester, Massachusetts.*