```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

TIARA HOLY,                   )
          Plaintiff,          )
                              )
      v.                      ) C.A. No. 04-12228-WGY
                              )
JOHN CRONIN,                  )
          Defendant.          )
```

ORDER OF DISMISSAL

YOUNG, C.J.

On November 15, 2004 this Court issued a Memorandum and Order (#2) requiring Plaintiff to show good cause why this case should not be dismissed. That Memorandum and Order was mailed to the Plaintiff at the address provided to the Court. On November 30, 2004, the mail was returned as undeliverable. Plaintiff has not provided this Court with a current address.

Local Rule 83.5.2(e) requires a party appearing pro se to notify the clerk of any change of address and provides that any party appearing pro se that has not filed an appearance or provided a current address "shall not be entitled to notice." Additionally, under Federal Rule of Civil Procedure 41(b), a court may dismiss a claim "for failure of the plaintiff to prosecute or to comply with these rules or any order of the court." See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962).

The fact that plaintiff has not kept the Court advised of

her current address suggests that she may have lost interest in pursuing the claims asserted in her complaint. Accordingly, this action is dismissed for want of prosecution pursuant to Rule 41(b).

    Accordingly, for failure to comply with Local Rule 83.5.2(e), and for the reasons previously set forth in the Memorandum and Order dated November 15, 2004, this action is hereby ORDERED dismissed in its entirety.

By the Court,

/s/ Elizabeth Smith
Elizabeth Smith
Deputy Clerk

Dated: November 30, 2004