04-cv-12228
WGY

———— UNITED STATES DISTRICT COURT for the DISTRICT of MASSACHUSETTS

Tiara Holy, Plaintiff

John Cronin, Defendant

December 7th, 2004

Pay to the order of TIARA HOLY, CHASE MANHATTAN FREEDOM PLATINUM VISA 4636 7360 2000 3755   01-06 V,

$ 46,500.00   forty-six thousand and five hundred dollars.

This being a just reimbursement from John Cronin to Tiara Holy for his illegal restraining of the Angel of God from mid March 2004 to mid December 2004. As a proof of good faith, I attach a bank book record of $ 15,500.00 withdrawn to cover inn costs in the period beginning on September 15th, 2004 and closing on December 4th, 2004; only 3 months. John Cronin's oppression has extended for 9 months, time during which my two daughters have been abused and tormented by a killer and sexual predator, Malcolm Douglas Noriega.

page 686    ISAIAH 5
Love in my Lord Almighty
and in my Lord Jesus,

Tiara Holy