January 17th, 2004

Boston Logan Airport

UNITED STATES DISTRICT COURT of
the DISTRICT of MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
BOSTON 02210

FILED
IN CLERKS OFFICE

2005 JAN 19  P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

04-cv-12228-WGY

Civil Action:

Holy vs Cronin

1. Postal code
   USPS # 2445930970
   SALEM, MA 10/05/04  04:18 PM
2. Case number and Justice's name not yet received.

This is an emergency call.

I need financial assistance for inn costs and food.

I have not had dinner for two or three months. I have only a ten-dollar bill. My credit card has declined.

I have 48 hs to cancel the debt at Hampton Inn.

I need reimbursement money in this account.
Billing inquiries and Customer Service.
   1-800-953-8111
   CHASE MANHATTAN BANK
   P.O. Box 15129
   Wilmington, Delaware
   19850-5129

CHASE VISA
FREEDOM
PLATINUM
4635 7360 2000 3755
01-03   01-06 V

Also, I have not had any news from my daughters, Dominique and Christiane, despite being their exclusive custodian.

I call for mercy.

Hampton Inn  fax (781) 286-5775

Tisra Holy
Canopy Angel   The Angel of God