UNITED STATES DISTRICT COURT
for the DISTRICT of MASSACHUSETTS

Tiara Holy, Plaintiff

John Cronin, Defendant

Ref.: Identification

For the public records and archives, my date of birth is September 19th of 1966 which honors God Almighty's will and orders as to my age. A second correction is also necessary as to country of birth; it is the United States. By birthright as the elder sister was sold to Parcela Barroso, (07.14.1966) now the elder, for U.S. $60 in late August 2004.

Date: February 16th, 2005

Respectfully yours.

Blessings with love in GOD the LORD of all things and in LORD Jesus, his son.

Tiara Holy
The Angel of God