UNITED STATES DISTRICT COURT
for the DISTRICT of MASSACHUSETTS

Tiara Holy, Plaintiff

John Cronin, Defendant

Date: March 7th, 2005
Monday morning
04CV12228-WGY

FILED
IN CLERKS OFFICE
2005 MAR -8 P 12:46
U.S. DISTRICT COURT
DISTRICT OF MASS

At Hampton Inn Boston Logan I can provide my daughters Dominique Holy and Christiane Holy with pleasurable accomodation and first class amenities that include a delicious breakfast served each morning, housekeeping, laundry, and indoor heated pool. We will visit downtown Boston to select clothings and toys or stationery goods.

I remain in wait of Court approval of my entering 93 Pine street in Manchester-by-the-Sea to take Dominique and Christiane with me to Revere. Please expedite this matter as my daughters need their mother's love and education. Blessings in God my Lord Almighty and Thank you for your help.                        in Lord Jesus.

Tiara Holy
The Angel of God

Intercession 724              ISAIAH 49
on March 6th, 2005    pastures shall be on all desolate
p 9:28 PM              heights.
                       10 They shall neither hunger nor
                       thirst, neither heat nor sun shall
                       strike them, for He who has mercy
                       on them will lead them, even by the
                       springs of water He will guide them.
                       11 I will make each of My moun-

724                    ISAIAH 49

tains a road, and My highways shall be elevated.

12 Surely these shall come from afar; look! Those from the north and the west, and these from the land of Sinim."

13 Sing, O heavens! Be joyful, O earth! And break out in singing, O mountains! For the LORD has comforted His people, and will have mercy on His afflicted.

14 But Zion said, "The LORD has forsaken me, and my LORD has forgotten me."

15 "Can a woman forget her nursing child, and not have compassion on the son of her womb? Surely they may forget, yet I will not forget you.

16 See, I have inscribed you on the palms of My hands; your walls are continually before Me.

17 Your sons shall make haste; your destroyers and those who laid you waste shall go away from you.

18 Lift up your eyes, look around and see; all these gather together and come to you. As I live," says the LORD, "you shall surely clothe yourselves with them all as an ornament, and bind them on you as a bride does.

23 Kings shall be your foster fathers, and their queens your nursing mothers; they shall bow down to you with their faces to the earth, and lick up the dust of your feet. Then you will know that I am the LORD, for they shall not be ashamed who wait for Me."

24 Shall the prey be taken from the mighty, or the captives of the righteous be delivered?

25 But thus says the LORD: "Even the captives of the mighty shall be taken away, and the prey of the terrible be delivered; for I will contend with him who contends with you, and I will save your children.

26 I will feed those who oppress you with their own flesh, and they shall be drunk with their own blood as with sweet wine. All flesh shall know that I, the LORD, am your Savior, and your Redeemer, the Mighty One