Civil Action
Holy vs Cronin

Thank-You Supreme Court for allotting Medical Insurance, as well as Dental, as a share of the private family Insurance plan currently subscribed by Malcolm Douglas Striegs through his employer.

Tiara Holy
December 19th
2005

Merry Christmas!
Peace on Earth to all who are looking for the Truth, who are looking for Jesus' love.

Blessings,
Tiara Holy

844

THE HOLY BIBLE

KING JAMES VERSION
COMPACT EDITION
HOLMAN BIBLE PUBLISHERS

ISAIAH 7:19 And they shall come, and shall rest all of them in the desolate valleys, and in the holes of the rocks, and upon all thorns, and upon all bushes.

20 In the same day shall the LORD shave with a razor that is hired, namely, by them beyond the river, by the king of Assyria, the head, and the hair of the feet: and it shall also consume the beard.

21 And it shall come to pass in that day, that a man shall nourish a young cow, and two sheep;

22 And it shall come to pass, for the abundance of milk that they shall give he shall eat butter: for butter and honey shall every one eat that is left in the land.

23 And it shall come to pass in that day, that every place shall be, where there were a thousand vines at a thousand silverlings, it shall even be for briers and thorns.

24 With arrows and with bows shall men come thither; because all the land shall become briers and thorns.

25 And on all hills that shall be digged with the mattock, there shall not come thither the fear of briers and thorns: but it shall be for the sending forth of oxen, and for the treading of lesser cattle.

symbolic
Songs

844          Symbolic sons                                    THE HOLY BIBLE

ISAIAH 7:19   8 Moreover the LORD said unto me, Take thee a great roll, and write in it with a man's pen concerning Ma'her-shal'al-hash'-baz.
2 And I took unto me faithful witnesses to record, U-ri'ah the priest, and Zech-a-ri'ah the son of Je-ber-e-chi'ah.
3 And I went unto the prophetess; and she conceived, and bare a son. Then said the LORD to me, Call his name Ma'her-shal'al-hash'-baz.
4 For before the child shall have knowledge to cry, My father, and my mother, the riches of Da-mas'cus and the spoil of Sa-ma'ri-a shall be taken away before the king of As-syr'i-a.
5 The LORD spake also unto me again, saying,
6 Forasmuch as this people refuseth the waters of Shi-lo'ah that go softly, and rejoice in Re'zin and Rem-a-li'ah's son;
7 Now therefore, behold, the LORD bringeth up upon them the waters of the river, strong and many, even the

king of As-syr'i-a, and all his glory: and he shall come up over all his channels, and go over all his banks:
8 And he shall pass through Ju'dah; he shall overflow and go over, he shall reach even to the neck; and the stretching out of his wings shall fill the breadth of thy land, O Im-man'u-el.
9 Associate yourselves, O ye people, and ye shall be broken in pieces; and give ear, all ye of far countries: gird yourselves, and ye shall be broken in pieces; gird yourselves, and ye shall be broken in pieces.
10 Take counsel together, and it shall come to nought; speak the word, and it shall not stand: for God is with us.
11 For the LORD spake thus to me with a strong hand, and instructed me that I should not walk in the way of this people, saying,
12 Say ye not, A confederacy, to all them to whom this people shall say, A confederacy; neither fear ye their fear, nor be afraid.

13 Sanctify the LORD of hosts himself; and let him be your fear, and let him be your dread.
14 And he shall be for a sanctuary; AMEN.

sanctus   sanctus   sanctus
sanctus   sanctus   sanctus
sanctus   sanctus   sanctus